# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| ALTERNATE ENERGY HOLDINGS, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN N. GIORGI, an individual, JOHN N. GIORGI, P.C., a professional corporation of unknown origin, inclusive,<br><br>    Defendants. | Case No.: 1:14-cv-00225-REB<br><br>**REPORT AND RECOMMENDATION** |

The above-entitled action was assigned to the undersigned Magistrate Judge on or around June 5, 2014. However, because all parties did not consent to the jurisdiction of this Court for all purposes as required by 28 U.S.C. § 636, the undersigned entered an Order of Reassignment on August 6, 2015. *See* Order (Docket No. 20). Therein, the undersigned indicated that, upon reassignment, the United States District Judge should be aware that the entry of default against Defendant may be appropriate, given Defendants' failure to appear pursuant to the Court's May 14, 2015 Order Re: Motion for Leave to Withdraw as Counsel of Record. *See id*.

The action was reassigned to a U.S. District Judge Edward J. Lodge on August 6, 2015 and, on August 12, 2015, Judge Lodge referred all matters back to the undersigned. Therefore, the undersigned now issues this Report and Recommendation:

Within the Court's May 14, 2015 Order Re: Motion for Leave to Withdraw as Counsel of Record, the undersigned stated:

> 2.    Defendants shall have twenty-one (21) days from the filing of the proof of service by the withdrawing attorney to file written notice with the Court stating how and by whom they will be represented.

**REPORT AND RECOMMENDATION - 1**

    3.      Upon filing of proof of service on Defendants, no further proceedings can be had in this action that will affect Defendants' rights for a period of 21 days. <u>Pursuant to District of Idaho Local Civil Rule 83.6(c)(2), if Defendants fail to appear in this action, either in person or through a newly-appointed attorney within that 21-day period, "such failure will be sufficient grounds for the entry of a default against such party . . . ."</u>

Order, p. 2 (Docket No. 18) (emphasis in original). To date, Defendants have not filed written notice with the Court stating how and by whom they will be represented.

THEREFORE, IT IS HEREBY RECOMMENDED that entry of a default against Defendant take place.

Pursuant to Local Civil Rule 72.1(b)(2), a party objecting to a Magistrate Judge's recommended disposition "must serve and file specific, written objections, not to exceed twenty pages . . . within fourteen (14) days. . ., unless the magistrate or district judge sets a different time period." Additionally, the other party "may serve and file a response, not to exceed ten pages, to another party's objections within fourteen (14) days after being served with a copy thereof."

DATED: **August 18, 2015**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge

**REPORT AND RECOMMENDATION - 2**